UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ROGER HILLIARD** | **CIVIL ACTION NO. 3:18-00185** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KING SWAZER, JR. ESTATE, ET AL.** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having conducted a de novo review of the entire record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Michael Kramer's motion to dismiss [Doc. No. 6] is **GRANTED**. As Plaintiff has failed to show that this Court has subject-matter jurisdiction, his claims are **DISMISSED WITHOUT PREJUDICE** as to all Defendants.

**IT IS FURTHER ORDERED** that Plaintiff's attempted removal of the related state court case and his motion to stay [Doc. No. 3] are **DENIED AS MOOT.**

MONROE, LOUISIANA, this 1st day of March, 2019.

_____
TERRY A DOUGHTY
UNITED STATES DISTRICT JUDGE